ENTERED ON DOCKET 1/27/00 PURSUANT TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ACCESSORIES & COMMUNICATION
SYSTEMS INC.

Plaintiff

vs.                                              CIVIL 98-1967CCC

NORTEL CALA INC.

Defendant

## JUDGMENT

For the reasons stated in the Opinion and Order issued on this same date, it is ORDERED AND ADJUDGED that the complaint be DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January 25th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)