IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ACCESSORIES & COMMUNICATION
SYSTEMS INC.

Plaintiff

vs.                                                             CIVIL 98-1967CCC

NORTEL CALA INC.

Defendant

## ORDER

Having considered plaintiff's Motion for Reconsideration (**docket entry 24**) and Defendant's Opposition (**docket entry 26**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on March 7, 2000.

CARMEN CONSUELO CEREZO
United States District Judge