IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                               April 4, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ACCESSORIES & COMMUNICATION
SYSTEMS, INC.

vs                                                   CIVIL 98-1967CCC

NORTEL CALA, INC.

By order of the Court, Defendant's Opposition to "Motion for Leave to Reply" (**docket entry 29**) is MOOT. The docket shall so reflect.

─ - Secretary

s/c  A. García
     A. Bennazar
     J. Halley

4-5-00